UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALVIAR WALKER,

Plaintiff,

v.

CARMAX AUTO SUPERSTORES, INC.,

Defendant.

26-CV-454-LJV
ORDER

The pro se plaintiff, Alviar Walker, has filed a complaint asserting claims under the Federal Odomoter Act, 49 U.S.C. § 32705; the Truth in Lending Act, 15 U.S.C. § 1601 et seq.; and New York state law. Docket Item 1. He also has moved to proceed in forma pauperis—that is, as a person who should have the prepayment of the ordinary filing fee waived because he cannot afford it) and has filed the required affidavit. Docket Item 2.

Because Walker meets the statutory requirements to proceed in forma pauperis under 28 U.S.C. § 1915(e)(2), his motion is granted. Moreover, Walker's complaint presents "colorable claim[s]" and therefore survives screening under 28 U.S.C. § 1915(e)(2). *See Benitez v. Wolff*, 907 F.2d 1293, 1295 (2d Cir. 1990) ("Sua sponte dismissal of a pro se complaint prior to service of process is a draconian device [that] is warranted only when the complaint lacks an arguable basis either in law or in fact [or is] frivolous on its face or wholly insubstantial." (internal citations, internal quotation marks, and italics omitted)); *see also Pino v. Ryan*, 49 F.3d 51, 53 (2d Cir. 1995) (explaining that dismissal under Federal Rule of Civil Procedure 12(b)(6) still may

be appropriate notwithstanding a court's earlier finding that the complaint was not "frivolous" for purposes of section 1915(e)(2)).

## ORDER

In light of the above, IT IS HEREBY

ORDERED that Walker's motion to proceed in forma pauperis, Docket Item 2, is GRANTED; and it is further

ORDERED that the Clerk of the Court shall file Walker's papers and cause the United States Marshals Service to serve copies of the summons, complaint, and this order upon the named defendant without Walker's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in the plaintiff's favor; and it is further

ORDERED that Walker must effect service within 90 days of the date the summons is issued. It is Walker's responsibility to inquire of the Marshals at 716-348-5300 as to whether service has been made and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If, within 90 days of issuance of the summons, Walker has not made service or requested an extension of time in which to do so, the Court may dismiss this action for failure to prosecute under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure;[1] and it is further

---

[1] The plaintiff is advised that he may be eligible for help in effecting service and other matters from the Pro Se Assistance Program, a joint project staffed by the University at Buffalo School of Law and the Erie County Bar Association Volunteer Lawyers Project. The program can be reached by calling 716-847-0662, ext. 340, and

ORDERED that Walker shall notify the Court in writing if his address changes. The Court may dismiss the action if Walker fails to do so.

SO ORDERED.

Dated: October 26, 2026
Buffalo, New York

***/s/ Lawrence J. Vilardo***
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

leaving a message. Additional information is available at https://www.nywd.uscourts.gov/pro-se-assistance-program-0.